**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---------------------------------------------------------x
RICKY HILL,                                            :
                                                       :
        Plaintiff,                                 :
                                                       :   Case No.
    v.                                                :
                                                       :   Hon.
OAKLAND PRO SOCCER LLC, d/b/a                          :
OAKLAND ROOTS SPORTS CLUB,                             :
OAKLAND ROOTS LLC and UNITED                           :
SOCCER LEAGUES, LLC,                                   :
                                                       :
        Defendants.                                :
---------------------------------------------------------x

## COMPLAINT

Plaintiff, Ricky Hill, by his undersigned counsel of record, for his complaint pursuant to 42 U.S.C. § 1981, against Defendants, Oakland Pro Soccer LLC, d/b/a Oakland Roots Sports Club, Oakland Roots LLC and United Soccer Leagues, LLC ("USL"), alleges as follows:

### I.    NATURE OF THE CASE

1. This is an action for, *inter alia*, discrimination in hiring based on race and ethnicity, in violation of 42 U.S.C. § 1981.

### II.    JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of the instant complaint pursuant to 28 U.S.C. § 1331 because the Plaintiff's claims arise under the laws of the United States.

3. Venue is proper in this District pursuant to 28 U.S.C. §1391 because the unlawful employment practices and/or omissions were committed in whole or in part, in this District.

## III.     PARTIES

4. Plaintiff, Ricky Hill, at all times material to the allegations in this Complaint, has been a citizen of England and permanent lawful resident of the United States, residing in Chicago, Illinois. Mr. Hill is Black.

5. Defendant, Oakland Pro Soccer LLC, d/b/a Oakland Roots Sports Club ("Oakland Roots SC" or "ORSC"), at all times material to the allegations in this Complaint, has been the owner of a professional men's soccer team known as Oakland Roots Sports Club and/or Oakland Roots SC, with a principal business address of 2744 E 11th Street, Unit K01, Oakland, California, 94601.

6. Defendant, Oakland Roots LLC, is listed as an active business entity on the California Secretary of State's website and, at this time, it is unknown whether or not they have any affiliation or interest in Oakland Roots SC, which is the professional men's soccer club that is the subject of the allegations in this Complaint. Oakland Roots LLC has a principal business address of 2991 Sacramento St., Unit # 136, Berkeley, California, 94702.

7. Defendant, United Soccer Leagues, LLC, at all times material to the allegations in this Complaint, has been the professional men's soccer league to which Oakland Roots SC belongs and of which it is a member. USL has a principal business address of 1715 North Westshore Blvd., Suite 825, Tampa, Florida, 33607.

## IV.     FACTS

A.     **Examples of Ricky Hill's Career Achievements**

8. Ricky Hill was an elite level football player in England from 1976 to 1989, which included playing on the England national football team (representing England in international competition) from 1982 to 1986.

9. In 1992, as a player-coach for the Tampa Bay Rowdies in the American Professional Soccer League, which was then the premier U.S. professional soccer league, Mr. Hill led his team to two national finals and, among other awards, was voted the league's coach of the year and was a first team all-star.

10. In 1994, Mr. Hill was the Technical Director of the Cocoa Expos in the United States Interregional Soccer League, the premier U.S. professional soccer league at that time. He led that team to a divisional title and an appearance in the national championship, finishing as runner up in the 72-team nationwide league.

11. From 1996 through 1999, Mr. Hill was the Premier League club Sheffield Wednesday Academy U19 development head coach, charged with the future development of U18 players assisting to elevate them into the first team. The Premier League is the top professional football league in the world.

12. In 2003, Mr. Hill was appointed Technical Director and head coach of San Juan Jabloteh in the Trinidad and Tobago Professional Football League. He led the club to unprecedented success, winning four out of a possible five competition trophies, including the prestigious Caribbean Football Union, signifying the best professional club team in the Caribbean, and qualifying for the Concacaf Champions League (the top-level club knockout competition in the Concacaf region.) The San Juan team's success resulted in Mr. Hill winning his second professional coach of the year award for 2003-2004.

13. During Mr. Hill's tenure with San Juan Jabloteh, 13 players from the team represented the Trinidad and Tobago national team, which qualified for the 2006 World Cup Finals in Germany, for the only time in the country's history.

14. In 2012, as head coach of the Tampa Bay Rowdies, then of the North American Soccer League ("NASL"), which was known as the second division of U.S. Soccer, with Major League Soccer ("MLS") being the first, Mr. Hill led his team to a national championship which was the franchise's first in 27 years. Mr. Hill received his third professional coach of the year award from the NASL (his second within US professional soccer).

15. As coach of the Tampa Bay Rowdies. Hill amassed a 53% winning record, which was the second highest winning percentage in the NASL's modern history.

16. Subsequent to Mr. Hill's departure from NASL in 2014, four coaches from that league have been elevated to the MLS, none of whom achieved the degree of success that Mr. Hill had with the Tampa Bay Rowdies.

**B.      Background Facts Concerning Oakland Roots SC**

17. Oakland Roots SC was formed in 2018, and began play in the National Independent Soccer Association in the fall of 2019.

18. In 2021, ORSC joined the USL Championship league, which is generally considered to be the second highest division of U.S. men's professional soccer.

19. ORSC announced its first head coach on May 9, 2019, after signing Paul Bravo, who is white. Bravo is a Bay Area native, former MLS player and former Colorado Rapids Technical Director.

20. Upon information and belief, on or about October 31, 2019, ORSC and Paul Bravo mutually agreed to part ways.

21. On December 3, 2019, ORSC announced that Jordan Ferrell was hired as the new head coach. Mr. Ferrell is Black, and had, at that time no prior professional soccer head coaching experience.

22. On or about December 30, 2021, ORSC announced that Juan Guerra was their choice for the club's new head coach. Mr. Guerra is non-Black.

C. **Ricky Hill's Efforts to Obtain Employment With ORSC**

23. On or about May 5, 2021, after learning of an upcoming vacancy at the head coaching position for ORSC, Hill reached out to ORSC's Chairman and owner, Mr. Steven Aldrich.

24. Hill had received Aldrich's cell number from his former colleague at Tampa Bay Rowdies, Lee Cohen. Cohen, now President of the Tampa Bay Rowdies, suggested that Hill reach out to Aldrich about the position.

25. Hill messaged Aldrich expressing interest in being considered for the open position of head coach at ORSC.

26. Hill received a reply from Aldrich which read as follows:

> Thank you for your note - yes I received your CV - appreciate that you sent it. We have a discussion later this afternoon regarding our process and next step. . . . Let me get through that and then I'll circle back with you.
> Steven.

27. Lee Cohen reached out to Hill on May 10, 2021, asking Hill whether there had been "anything from Oakland guys?" Hill informed Cohen that he had heard nothing as yet.

28. On or about May 12, 2021, ORSC's then Chief Revenue Officer, Steven Powell, Oakland Roots Sports Club made contact with Hill's close friend Patrick Dicks. Dicks was then the Program Development Manager at Disney's Wide World of Sports complex in Orlando, Florida.

29. Powell's apparent purpose in contacting Dicks was to alert Hill of the current ORSC head coaching vacancy that he was already pursuing through his communications with Aldrich.

30. Hill responded directly to Powell via email on or about May 13, 2021, in which Hill explained that he had been introduced to Aldrich who was aware of Hill's application for the open position.

31. Powell messaged back later that day, informing Hill that he had "mentioned [Hill's] name as an potential candidate to Steven [Aldrich] and Eric [Yamamoto, Vice President] a few weeks ago[,] so hopefully your CV was met with positive consideration when it was received from [Hill's agent] Kieren. . . . [H]appy to jump on a call with you this week if you have availability."

32. Later that week, Powell and Hill had a phone conversation where Powell described the current setup and personnel at ORSC.

33. That was the last communication Hill received from ORSC for several months.

34. On or about August 5, 2021, Hill emailed Powell asking for an update on his application for the head coaching position at ORSC. Powell replied on or about August 9, 2021 with no substantive update on the status of Hill's applications.

35. Hill then had a thirty-minute Zoom call with ORSC Vice President Eric Yamamoto on or about August 27, 2021, in which Hill's coaching experience and qualifications were discussed.

36. Hill next heard from ORC on or about September 16, 2021, when Powell emailed Hill again, asking "have you heard from anyone at our club about our Head Coaching role recently? . . . [I]f not, please give me a shout and I'll follow up internally. Be Well."

37. Hill then received an email on or about October 15, 2021, from Yamamoto asking for Hill's availability to speak later on that day.

38. Later that morning, Yamamoto informed Hill that he was a "strong candidate," although there were three others who were a "stronger fit."

6

39. Knowing that the previous ORSC head coaches were objectively very far less qualified and successful professionally than himself, Hill asked Yamamoto who the three purportedly stronger candidates were, and asked to see their resumes.

40. Yamamoto declined to discuss the other candidates with Hill, and the call ended.

**C. ORSC Hires a Non-Black Head Coach Who Is Less Qualified Than Hill**

41. ORSC ultimately selected Juan Guerra as ORSC's next head coach. At the time, Guerra had never been the head coach of any professional soccer club.

42. Upon information and belief, Guerra's only previous professional experience as a coach was as an assistant coach for Indy Eleven FC, which is a professional US men's soccer club which was a member of the USL Champion league as of 2021.

**D. USL's Ability to Control and Actual Involvement in Its Clubs' Head Coach Hiring**

43. USL controls the requirements for applicants for head coaching positions at its clubs.

44. USL is aware of the identities of applicants for head coaching positions.

45. USL is aware of the identities of the head coaches ultimately appointed, and terminated by, its clubs.

46. USL puts forth recommended candidates for the clubs' consideration to fill head coaching positions.

47. USL's clubs routinely solicit and receive recommendations for head coaches from USL to fill vacant head coaching spots.

48. Based on USL's past practice, Hill believes that, as in other cases, ORSC more than likely obtained USL's recommendation to hire Juan Guerra instead of Ricky Hill.

49. ORSC has been, at all relevant times herein, subject to the governance and rule-making of the USL. USL's Operations Manual ("OM") is entirely binding on the clubs, as part of their franchise agreement with USL.

50. If a head coach was in violation of any provisions of the OM, that would constitute a breach of the club's franchise agreement, upon information and belief, remediable by USL, as franchisor.

51. USL and its clubs are closely intertwined on matters of operational rules: each league (including the Championship League) within the USL has a Board of Governors comprised of representatives from the clubs. The Board of Governors, upon information and belief, has the ability to make changes to the OM.

52. The league and its clubs are effectively one entity, for purposes of governance and finances.

53. The OM and the USL's Franchise Agreements have, at all relevant times, included regulation by USL of the head coaches hired for its clubs. OM Rule 519 (head coach licensing requirements); Membership §1(F) (restrictions on granting ownership interests to head coaches); Franchise Agreement § 6.2 (USL to provide initial training to franchisee club's head coach).

54. USL holds itself out to the public as taking concrete action against discrimination at the league and club levels.

55. USL's publicized commitments to change the acknowledged racial inequities and imbalance in decision-making positions, such as the head coaching area. See https://www.uslsoccer.com/united-against-racism.

56. Among the deficiencies the USL acknowledges specifically need to be addressed is the "lack of BlPOC [Black and persons-of-color] representation within strategic decision-making positions, and a commitment to change."

57. In addition, the USL states that it is working "in collaboration with" its various players' associations and "with the Institute for Sport and Social Justice to conduct comprehensive sensitivity and unconscious bias training for all USL HQ and club staff, players, and other full-time employees."

58. Despite its asserted commitments to change, USL currently has no Black head coaches, in its top-level (Championship) professional men's soccer league, despite having more than 100 Black players in that league.

59. Despite its recognized underrepresentation of Blacks in the head coaching realm, the USL only very recently, in the past two years or thereabouts, put in place a "Zero Tolerance Policy," with regard to race discrimination by its member clubs, their employees or players.

60. By failing to facilitate the hiring of Hill, the league manifested its authorization, approval and intent to permit the same discriminatory hiring practices by its clubs, including ORSC, that led to Hill's exclusion from that leadership role.

## V.  CAUSE OF ACTION

### COUNT I
**(Discrimination in Violation of 42 U.S.C. §1981 Against All Defendants)**

61. Plaintiff restates and realleges the allegations of paragraphs 1 through 60 as if fully set forth herein.

62. By their above-described acts and omissions, including declining to hire and/or declining to recommend hiring Plaintiff for the position of head coach of ORSC, and by hiring and/or recommending instead, a less qualified non-Black candidate, Defendants have subjected

Plaintiff to discrimination and thwarted Plaintiff's contract opportunities and equal enjoyment of the rights, privileges and benefits enjoyed by white citizens based on, and because of, his race and ethnicity in violation of 42 U.S.C. §1981.

63. Defendants have demonstrated a preference for demonstrably less qualified white or non-Black candidates over Plaintiff, who is Black, because Plaintiff is Black.

64. As a direct and proximate cause of Defendants' discriminatory acts, Plaintiff has and will continue to suffer pecuniary losses, emotional anguish and stress, and has been negatively impacted in terms of employment opportunities and compensation related thereto.

65. Defendants' conduct herein has been intentional, willful, and in wanton disregard for Plaintiff's rights, and Defendants knew their actions would cause injury to Plaintiff.

## VI.     RELIEF

Plaintiff seeks the following relief herein:

(1)     a determination and finding that Defendants have violated Plaintiff's rights under 42 U.S.C. § 1981;

(2)     an injunction ordering Defendants to refrain from continued discrimination against Plaintiff;

(3)     an order that Plaintiff be paid damages to the full extent permitted under 42 U.S.C. § 1981;

(4)     an order that Plaintiff be paid back pay and front pay;

(5)     an order of an award of compensatory damages in amounts to be determined by a jury;

(6)     an order of an award of punitive damages in amounts to be determined by a jury to deter Defendants from continued discriminatory conduct and to punish Defendants for having engaged in discriminatory conduct as to Plaintiff;

(7)     an award of Plaintiff's attorney's fees, court costs and prejudgment interest; and

(8)   any additional relief as may be reasonable to make Plaintiff whole and effectuate justice.

## PLAINTIFF DEMANDS A TRIAL BY JURY

                Respectfully submitted,

                RICKY HILL

By:    /s/Steven M. Shebar
        (One of his Attorneys)

SHEBAR LAW FIRM
Steven M. Shebar
0N370 Fanchon St.
Wheaton, Illinois 60187
(630) 877-6833
steveshebar@shebarlaw.com
*Attorneys for Plaintiff Ricky Hill*