CORNERSTONE LAW GROUP
John C. Brown, State Bar # 195804
48 Gold Street, Flr. 1
San Francisco, CA 94133
jbrown@cornerlaw.com
415-409-8600

SHEBAR LAW FIRM
Steven M. Shebar (*pro hac vice*)
0N370 Fanchon St.
Wheaton, IL 60187
630-877-6833
steveshebar@shebarlaw.com

*Attorneys for Plaintiff*
RICKY HILL

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| RICKY HILL,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND PRO SOCCER, LLC, d/b/a OAKLAND ROOTS SPORTS CLUB, OAKLAND ROOTS LLC and UNITED SOCCER LEAGUES, LLC<br><br>Defendants. | Case No. 3:24-cv-00016-JSC<br><br>MOTION FOR ADMISSION, *PRO HAC VICE*, TO PRACTICE BEFORE THE U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA<br><br>Date:<br>Time:<br>Judge: Hon. Jacqueline Scott Corley<br>Dep't: |

I, Steven M. Shebar, an active member in good standing of the bars of the courts and federal jurisdiction set forth below, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: RICKY HILL, the plaintiff in the above-entitled action. My local co-counsel in this case is John C. Brown, an attorney who is a member of the bar

of this Court in good standing and who maintains an office within the State of California and in this federal judicial district.

**Applying Attorney:**  
Steven M. Shebar  
SHEBAR LAW FIRM  
0N370 Fanchon St.  
Wheaton, IL 60187  
630-877-6833  
steveshebar@shebarlaw.com

**Local Counsel:**  
John C. Brown, State Bar  #195804  
CORNERSTONE LAW GROUP  
48 Gold St., Flr. 1  
San Francisco, CA 94133  
415- 409-8600  
jbrown@cornerlaw.com

I am presently admitted to practice in the following state jurisdictions:

Illinois; admitted 2008; active and in good standing; ID 6297608.
New York; admitted 1992; active and in good standing; ID 2496271;
Massachusetts; admitted 1992; inactive and in good standing; ID 560097.

I am presently admitted to practice in the following federal jurisdictions:

N.D. Ill. (member, Trial Bar); admitted 2010; in good standing
N.D. Tex.; admitted 2011; in good standing.
S.D.N.Y.; admitted 1992; in good standing.
6th Cir.; admitted 1993; in good standing.
7th Cir.; admitted 2011; in good standing.

As set forth above, I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia.

I have not applied for pro hac vice admission to the U.S. District Court for the Northern District of California in the 12 months preceding this application.

True and correct copies of certificates of good standing from the Illinois bar (where my office is currently located) and the New York bar (where I am also active) are attached to this application. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

[signature follows]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2024

/s/Steven M. Shebar
Steven M. Shebar

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**IT IS HEREBY ORDERED THAT** the application of Steven M. Shebar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2024

UNITED STATES [obscured by seal]